PERCY LIPMAN, PROSECUTOR, v. BOARD OF EDUCATION OF THE CITY OF BAYONNE, DEFENDANT.

Argued January term, 1928—Decided July 2, 1928.

Before Justices PARKER, MINTURN and CAMPBELL.

For the prosecutor, *Brenner & Kresch.*

For the defendant, *Benny & Cruden.*

PER CURIAM.

For the reason stated in the opinion filed in number 295, this term, involving substantially the same question, the writ in this case will be dismissed.